WAWD (Rev. 12/11) IFP and Written Consent

# UNITED STATES DISTRICT COURT
## Western District of Washington

West, Joe Ann (Agent of Class)

Plaintiff

vs.

Ray Nabus, Secretary of the Navy

Defendant(s)

Case Number: **CV16 519 RBL**

FILED _____ LODGED _____

RECEIVED

MAR 14 2016

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

**DECLARATION AND APPLICATION TO PROCEED IN FORMA PAUPERIS AND WRITTEN CONSENT FOR PAYMENT OF COSTS**

## DECLARATION AND APPLICATION TO PROCEED IN FORMA PAUPERIS

I (print your name) __Joe Ann West__ declare I am the plaintiff in this case; I believe I am entitled to relief; and I am unable to pay the costs of this proceeding or give security therefor. The nature of my action is *briefly* stated as follows: __Request to file Class Action Law suit Sue.__

In support of this application, I answer *all* of the following questions:

1. Are you presently employed?

[X] Yes   Total amount of net monthly salary (take home pay) $ __0__

   Name and address of employer. __Puget Sound Naval Shipyard & IMF__

[ ] No   Date of last employment __N/A__   Total amount of last net monthly salary $ __N/A__

2. If married, is your spouse presently employed?   [X] Not married

[ ] Yes   Total amount of spouse's net monthly salary (take home pay) $ __N/A__

   Name and address of employer __N/A__

[X] No   Date of spouse's last employment __N/A__   Total amount of last net monthly salary $ __N/A__

3. For the past twelve months, list the amount of money you and/or your spouse have received from any of the following sources.

a. Business, profession or other self-employment         $ __0__

b. Income from rent, interest or dividends               $ __0__

c. Pensions, annuities or life insurance payments        $ __0__

d. Disability, unemployment, workers compensation or public assistance   $ __194 Food Benefits__

e. Gifts or inheritances                                 $ __0__

f. Money received from child support or alimony          $ __382.00 Retirement Settlement__

g. Describe any other source of income _____        $ ____

Page  of

4. List the amount for each of the following for you and/or your spouse:

Cash on hand $ 40     Checking Account $ 128.00  3/12/16     Savings Account $ 00

5. Do you and/or your spouse own or have any interest in any real estate, stocks, bonds, notes, retirement plans, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? If Yes, describe the property and state its approximate value:

☐ Yes

☒ No

$ [          ]

6. Are any persons dependent upon you or your spouse for support? If Yes, state their relationship to you or your spouse, and indicate how much is contributed toward their support each month. (Do not include names of minor children. )

☐ Yes

☒ No

$ [          ]

7. Describe the types of monthly expenses you incur, such as housing, transportation, utilities, loan payments, or other regular monthly expenses and the amount spent each month.

Rent: 875.00
Renter Insur: $24.38
Car Insur: 78.64
Verizon: $67.00

Electric: $191.00
Cable/Internet: $78.00

$ 1,314.02

8. Provide any other information that will help explain why you cannot pay court fees and costs.

Have been paid since I been on Medical leave on August 25, 2015, Have used up all liquid assets. 21 days from being Homeless.

I declare under penalty of perjury that the foregoing is true and correct.

03/14/2016                    Joe Ann West
**Executed on: (Date)        Signature of Plaintiff**

## WRITTEN CONSENT FOR PAYMENT OF COSTS UNDER LOCAL RULE CR3(b)

I, (print your name) ___Joe Ann West___

hereby consent that any recovery in damages that I may receive in the above-captioned cause may be reduced, if so directed by the court, in such an amount as is necessary for payment of the unpaid fees and costs which are taxed against me in the course of this litigation.

03/14/2016                    Joe Ann West
**Executed on: (Date)        Signature of Plaintiff**