HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOE ANN WEST,<br><br>        Plaintiff,<br><br>   v.<br><br>RAY MABUS,<br><br>        Defendant. | CASE NO. C16-5191 RBL<br><br>ORDER DENYING APPLICATION TO PROCEED IFP<br><br>DKT. #1 |

THIS MATTER is before the Court on Plaintiff Joe Ann West's application to proceed in *forma pauperis* [Dkt. #1]. West is an African American former female employee of the Puget Sound Naval Shipyard. She asks the Court to appoint her "agent" of a class of similarly-situated African American women, alleging that the Shipyard's use of the USAJob's website unfairly favors white males.

A district court may permit indigent litigants to proceed *in forma pauperis* upon completion of a proper affidavit of indigency. *See* 28 U.S.C. § 1915(a). The Court has broad discretion in resolving the application, but "the privilege of proceeding *in forma pauperis* in civil actions for damages should be sparingly granted." *Weller v. Dickson*, 314 F.2d 598, 600 (9th Cir. 1963), *cert. denied* 375 U.S. 845 (1963). Moreover, a court should "deny leave to proceed *in*

*forma pauperis* at the outset if it appears from the face of the proposed complaint that the action is frivolous or without merit." *Tripati v. First Nat'l Bank & Trust*, 821 F.2d 1368, 1369 (9th Cir. 1987) (citations omitted); *see also* 28 U.S.C. § 1915(e)(2)(B)(i). An *in forma pauperis* complaint is frivolous if "it ha[s] no arguable substance in law or fact." *Id.* (citing *Rizzo v. Dawson*, 778 F.2d 527, 529 (9th Cir. 1985); *see also Franklin v. Murphy*, 745 F.2d 1221, 1228 (9th Cir. 1984).

The Court does not deny *in forma pauperis* status lightly, especially where a Plaintiff alleges racial discrimination. However, as a non-attorney, West cannot represent her putative class members. *See Bradvica v. Terhune*, 198 F.3d 253 (9th Cir. 1999) (citing *McShane v. United States*, 366 F.2d 286, 288 (9th Cir. 1966)) (holding that district court did not abuse its discretion by denying non-attorney plaintiff IFP status because he could not represent class members).

Therefore, West's application to proceed *in forma pauperis* [Dkt. #1] is **DENIED**. She may amend her application to assert claims only on her own behalf, or she may pay the filing fee. Either must occur within **30 days** of this order, or the case will be dismissed.

IT IS SO ORDERED.

Dated this 18th day of March, 2016.

Ronald B. Leighton
United States District Judge